# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Keon Lipscomb

_____

_____

Plaintiff,

-vs-

Warden Randy S Pfister

~~_____~~ ~~_____~~ ofc Buchenau

~~_____~~ ~~_____~~ ~~_____~~ ofc. Bailey

Ltd ~~_____~~ C.Nerie

med tec               Defendant ~~_____~~
Richard Cations

Docket No. 14-613-NJR
(To be supplied by the Clerk)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.

Keon Lipscomb R25793
PO Box 99 Pontiac, IL, 61764

B. Defendant Randy S Pfister is employed as
(Name of First Defendant)

Warden
(Position/Title)

with I.D.O.C.
(Employer's Name and Address)

PO Box 99 Pontiac, IL, 61764

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)    No ( )

If your answer is "yes", briefly explain:

the warden is the employer, in charge of officers conduct & the safty of inmates

C. Defendant CFC Buchenau is employed as
(Name of Second Defendant)

Officer
(Position/Title)

with I DOC
(Employer's Name and Address)

PO Box 99 Pontiac, IL 61764

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)    No ( )

If your answer is "yes", briefly explain:

CFC was/is an officer at the Pontiac C.C

D. Using the outline of the form provided, include the above information for any additional defendant(s).

Med tec. Richards cations (Last Name might Be mis spelled it may Be Claytons)

Richard Claytons

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes (X)    No ( )

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

Yes I filed 7 lawsuits outside of this one. 4 for excessive use of force, case dismiss (for 3) and 1 still pending, 1 for failure to protect, I won at trial, 1 for illegal strip search still pending, and 1 for cruel & unusual punishment still pending

- 2 -

Pg 2.A

OFC Bailey officer, P.O Box 99, Pontiac, IL 61764
Med tec Richard cation P.O Box 99, Pontiac, IL 61764
LtD cronie P.O Box 99, Pontiac, IL 61764

Warden Randy S pf. Oter is sued in His individual and official capacities

OFC Bailey is sued in His individual & official capacities

OFC Buchanan is sued in His individual & official capacities

Ltd cronie, is sued in His individual & official capacities

Med tec Richard cation is sued in His official & individual capacities

3

Previous suits

Keon Lipscomb v. Director S.A Godinez
12-1041, Honorable Judge, mr Judge,
Joe Billy, Mc dade, u.s central District
Court

Basic claim, equal protection violation
Discrimination, indangerment

the case was filed February 16 2012
Disposition                    January 23, 2014
(Jury trial) Jury Rule in favor of Plaintiff Lipscomb
against Defendant Pfister (Randy)

Keon Lipscomb v. Randy Pfister Et. AL
Case Pending           filed December 2013
Case #13-1544 Privacy issues, still Pending

Keon Lipscomb v. Randy Pfister Et. AL
Case Pending           filed January 2014
Case #13-1545 mental Health concerns
pending

3.A

Kean Lipscomb. v. Randy. S. Pfister Et al
112-01002, Honorable Judge, mr Judge
michael m. mihm, U.S central district court

Basic claim, excessive force, failure to protect
assault, Battery, Retatiation

the case was filed on, January 1, 2012
disposition,   pending


Kean Lipscomb v. Randy S. Pfister Et AL
12-1061, Honorable Judge, mr Judge michael m,
mihm, U.S central district court

Basic claim, cruel & unusual punishment,
Relatiation, intentional infliction of emotional
& mental Distress

the case was filed february 18 2012
disposition  pending

Keon Lipscomb v. Thomas Dart Et Al, 05C-3262
U.S District court 219 S dearBorn, Honorable
Judge, ms Judge Gottschall

Basic claim, failure to protect, unlawfull use of force & assault

the case was filed June 02, 2005, disposition on may 18 2009, the case was dismissed.(settlement)

Keon Lipscomb V. warden melvin Reed, Et AL., 09-CV-5036
U.S District court 219, S. dearBorn, Honorable
Judge ms Judge Gottschall.

Basic claim, unlawfull use of force & ASSAult

the case was filed August 11, 2009, disposition was on JAN. 2012, the case was dismissed. (settlement)

Keon Lipscomb V. Thomas Dart Et.AL.: 05 C-2147
U.S District court 219 S. DearBorn Honorable Judge
ms Gottschall
Basic claim: failure to protect, unlaw use of force, & Assault
case was filed April, 12, 2005
deposition was on may 18 2009
        case Dismissed    (settlement)

1. Parties to previous lawsuits:
   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if Federal Court, name the District; if State Court, name the County) _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

7. Approximate date of filing lawsuit _____

8. Approximate date of disposition _____

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _Yes_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? _Counselor, Grievance officer then sent the grievance to Springfield_

   2. What was the result? _grievance denied_

D. If your answer is "no", explain why not. _____

- 3 -

Rev. 2/00

Aug 22, 2012  9:08 AM

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No ( )

F. If your answer is "yes",
   1. What steps did you take? _____
   _____
   _____

   2. What was the result? _____
   _____
   _____

G. If your answer is "no", explain why not. _____
   _____
   _____
   _____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: _____
   _____
   _____

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

on 12/9/11 I was unlawfully & unjustifying attacked By J Cunningham officer Bailey officer Buchanau Lta eronie and another unknown officer, while in my cell officer Buchanau was the gallery officer. Me and Buchanau had an argument, Buchanau then told me that i will Not Be given Back any Laundry Because of my mouth (Buchanau was passing out washed Laundry) ofc. Buchanau turned off my water also, i Began Kicking on the Door until the Lta eronie came who come and ordered me to stop Kicking the Door. I complyed told Him i wanted my Laundry, then ofc Buchanau come to Bring me a Sheet & Blanket, once my Chuckhole was open i was sprayed directly in the Eyes with

- 4 -

Chemical agents (mace) by Lto Cronie, I was ordered to cuff up. Once I complyed I was taken down stairs by ofc Cunningham once I was down stair in front of the cage ofc Buckanew was standing there alone with ofc Bailey. ofc Buckanew said talk that shit now then punched me in my mouth busting my lip then punched me in my nose busting my nose then ofc Cunningham threw me on the ground. I looked up at ofc Bailey and said what the fuck bro. I didn't do nothing then ofc Bailey kicked me in my face. Lto Cronie put on Hand cuffs like brass knuckles hitting me in my head, busting my head open in two different places ofB's was stomping quick at my back all the while Lto please, I'm sorry please make them stop but they continued to beat me up telling me to shut the fuck up and saying other obsenities they beat me up for like two or three minutes, then ofc Buckanew put shackles on my legs and dragged me to Near By cage by the shackles. I was cuffed to the Bench by officer Bailey. I was disrespected the whole time. While sitting there Lto Cronie told every body who beat me to check themselves for my blood then ofc Buchanew told Lto Cronie that He hurt His finger. Lto Cronie to ofc T. go to the Hospital and claim that I threw liquid on him which I didn't then they called the med tec who come and say o that's discomb fuck Him and I never received medical attention I was placed in cell 142 bleeding up with nose all over my body. did Not Receive medical attention for the beating. I Have informed the warden fister & major Hobart of the incident and asked to be moved to a different house because of Harrashment and even went on a Hungarstrike for 28 days for Harrassment But was still denied a House change after I got beat inmates in cell 146, 147, 148 flooded the gallery with Nasty water that contained feces urine & match. While officers who just beat me was sweeping water the water was coming into my cell, I informed the officers But No one allowed to out to sweeping the water out of my cell, or give me any cleaning supplys I was made to sleep in such a nasty smelly cell, on that Night.

Count 1 cruel & unusual Punishment. Count 2 excessive use of force count 3 Assault, count 4 Battery count 5 Intentional infliction of emotional distress, count 6 Deliberate indifferent to a Serious Medical need count 7 statutory indemnification against Pontiac Corr. center Count 8 Unsanitary conditions

- 5 -

pg 5

There is a code of silence amongst warden-officers

Warden fail to train & supervise incouraging officers to act and violate rules & policies

Officers are rarly punished if ever

Due to wardens fail to train

V.  REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

Award compensatory damages to Plaintiff in an amount to be Determined Jointly & severally against defendants. Award punitive damages to Plaintiff in an amount to be Determined Jointly and severely against the Defendants sued in their individual capacities. Order Defendants to pay cost & fees & reasonable attorney fees. Remove Plaintiff from segregation status. Placed back in General Population status. give Plaintiff a 20 year segregation cut. Allow Plaintiff to be Housed in the Health care unit with Job as a porter at each prison Housed. Grant such and other further Relief this court Deems equitable Just & proper. I would like to press charges against my assaulters. I Request that the Defendants are Fired From Their Job at IDOC.

VI.  JURY DEMAND *(check one box below)*

The plaintiff does ☒   does not ☐   request a trial by jury. *(See Fed.R.Civ.P. 38.)*

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 28 day of MAY, 2014.

_____
Signature of Plaintiff

_____
Signature of attorney, if any